IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MAURICE WARREN,                                                                              PETITIONER
Reg. # 67267-004

v.                                          2:12-cv-00013-DPM-JJV

T. C. OUTLAW,
Warden, FCI-Forrest City                                                                     RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

**I.  BACKGROUND**

On November 20, 2001, the United States District Court for the Southern District of Florida sentenced Mr. Warren to 188- and 60-month consecutive terms of imprisonment. (Doc. No. 5-2 at 6.) Mr. Warren appealed his conviction and sentence to the United States Court of Appeals for the Eleventh Circuit, and an opinion affirming the judgment/order of the district court was entered March 3, 2003.

On August 13, 2003, Mr. Warren filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 5-2 at 8), which was dismissed on June 30, 2004.[1] Mr. Warren filed the instant § 2241 Petition on January 17, 2012.

**II.  DISCUSSION**

Dismissal of Mr. Warren's Petition with prejudice is required. The instant claims attack Petitioner's underlying conviction and such claims are not cognizable under 28 U.S.C. § 2241. *Lopez-Lopez v. Sanders*, 590 F.3d 905, 907 (8th Cir. 2010) ("A federal inmate generally must challenge a conviction or sentence through a § 2255 motion."). To challenge the constitutionality

---

[1] *Warren v. United States*, 1:03cv22176-KMM, Doc. No. 20 (S.D. Fla. 2003).

of a sentence, a petitioner must file a motion to vacate, set aside or correct the sentence with "the court which imposed the sentence." 28 U.S.C. § 2255(a). Here, the United States District Court for the Southern District of Florida imposed Mr. Warren's sentence and it alone has jurisdiction to consider the instant claims. And Mr. Warren's § 2241 petition cannot be excused under the savings clause of § 2255 because he has not met his "burden of showing that the remedy [under § 2255] is inadequate or ineffective." *Lopez-Lopez,* 590 F.3d at 907. Without such a showing, Mr. Warren's § 2241 Petition should be dismissed with prejudice.

## III.  CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1.  Mr. Warren's Petition for Writ of Habeas Corpus (Doc. No. 1) should be DISMISSED with prejudice.

DATED this 16th day of February, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE