IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MAURICE WARREN                                                          PETITIONER
Reg.# 67267-004

v.                                    No. 2:12-cv-13-DPM

T.C. OUTLAW                                                             RESPONDENT

## ORDER

Warren has not objected to Magistrate Judge Joe J. Volpe's recommendation that his petition for a writ of habeas corpus be dismissed. The Court has reviewed that recommendation and finds no legal error or clear factual error in it. FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes).

Proposed findings and recommendations, *Document No. 8*, adopted with one clarification: Warren's petition is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2014