IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MAURICE WARREN**  **PETITIONER**
Reg.# 67267-004

v.   No. 2:12-cv-13-DPM

**T.C. OUTLAW**  **RESPONDENT**

JUDGMENT

Warren's petition is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2014